No. 75–717. Students International Meditation Society *v.* Hiram Ricker & Sons. Appeal from Sup. Jud. Ct. Me. dismissed for want of jurisdiction. ▆

No. 75–5730. Neal *v.* Holladay et al. Appeal from D. C. N. D. Ga. dismissed for want of jurisdiction.

No. 75–666. Coffee-Rich, Inc., et al. *v.* Fielder, Director of Agriculture of California, et al. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▆

No. 75–5738. Harrison *v.* Local 54, American Federation of State, County & Municipal Employees, AFL–CIO. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▆

No. 75–5206. Orsini *v.* Blasi. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. Mr. Justice Brennan and Mr. Justice White would note probable jurisdiction and set case for oral argument. ▆

No. 75–129. Suchy *v.* United States. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further proceedings in which petitioner will be allowed to file a petition for rehearing and in which the court may determine whether further briefing and argument are necessary. ▆